■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WYKEME CORKER, Appellant. [888 NYS2d 418]—Appeal by the defendant from a resentence of the County Court, Rockland County (Alfieri, J.), imposed June 4, 2007, upon his conviction of assault in the first degree, upon a jury verdict.

Ordered that the resentence is affirmed.

The defendant's contentions that resentencing him approximately 7 years into his 12½-year term of imprisonment to add to his sentence the statutorily mandated period of post-release supervision (*see* Penal Law § 70.45) violated his State

and Federal constitutional rights to due process, to equal protection, and not to be subjected to cruel and unusual punishment, are unpreserved for appellate review (*see People v Rosario*, 22 AD3d 871, 872 [2005]; *People v Travis*, 213 AD2d 571 [1995]; *cf. People v Samms*, 95 NY2d 52, 56 [2000]), and we decline to reach those contentions in the exercise of our interest of justice jurisdiction.

The period of postrelease supervision imposed on the resentence was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Dillon, J.P., Dickerson, Lott and Austin, JJ., concur.